IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 2:15-CR-20052 |
| LAURA LEE SORSBY, | ) | |
| Defendant. | ) | |

## DEFENDANT LAURA LEE SORSBY'S INITIAL WITNESS LIST

Defendant Laura L. Sorsby, by and through her counsel, states the following individuals may be called as witnesses in the above captioned case:

1. All witnesses designated by the Government
2. Laura L. Sorsby
3. Daniel McLeod Ittmann
4. Roger Keller
5. Allantino Tan
6. James Rensimer

Ms. Sorsby respectfully reserves the right to amend her witness list in the future.

Dated:  September 28, 2018.							Respectfully Submitted,

> */s/ Shazzie Naseem*
> Shazzie Naseem, KS Bar #24954
> Berkowitz Oliver LLP
> 2600 Grand Blvd., Suite 1200
> Kansas City, MO  64108
> Telephone:  (816) 561-7007
> Email: snaseem@berkowitzoliver.com
> ***ATTORNEY FOR LAURA L. SORSBY***

## CERTIFICATE OF SERVICE

I certify that on September 28, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all parties.

> */s/ Shazzie Naseem*
> Shazzie Naseem, KS Bar #24954